UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (Newark)

| | |
|---|---|
| Vartan Nazarian, <br><br> Plaintiffs, <br><br> vs. <br><br> BMW of North America, LLC, <br><br> Defendant. | Civil Action No.: 2:20-cv-00890-MCA-MAH |

## STIPULATION TO DISCONTINUE ACTION

Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to this Court entering an order to discontinue action for lack of subject matter jurisdiction. In support of this stipulation, the Parties state as follows:

1. On November 13, 2020, the Court entered an Order granting Defendant's Motion to Dismiss Plaintiff Vartan Nazarian's First Amended Complaint for lack of subject matter jurisdiction without prejudice, and further granting Plaintiff leave to file an amended complaint. (Dkt. No. 16).

2. The Parties agree to the Court to discontinue this action without prejudice for lack of subject matter jurisdiction.

WHEREFORE, the Parties respectfully request that the Court enter an order to discontinue this action without prejudice for lack of subject matter jurisdiction.

Dated: February 26, 2021

Respectfully submitted,

  /s/  Sofia Balile
Sofia Balile, Esq.
LEMBERG LAW L.L.C.
43 Danbury Road
Wilton, CT 06897

Telephone: (203) 653-2250
Facsimile: (203) 653-3424
*Attorneys for Plaintiff*


__/s/ Thomas J. Sateary__

Thomas J. Sateary, Esq.
LINDABURY, MCCORMICK, ESTABROOK
& COOPER, P.C.
53 Cardinal Drive
Westfield, NJ 07091
Telephone: (908) 233-6800
*Attorney for Defendant*


SO ORDERED

___*s/Madeline Cox Arleo*___
MADELINE COX ARLEO, U.S.D.J.

Date: 3/1/21

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2021, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) on all counsel of record.

                                         By /s/ Sofia Balile
                                                Sofia Balile